# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Dianne Michele Carter El-Bey**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00699-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Paul G. Gessner | ) | |

Forrest D. Bridges
F. Lane Williamson
Sylvia B. Cherry
Donald Cureton
Matthew J. Osman
Rebecca Tin
Regan A. Miller
John Lynch
Michael S. Hunter
R. Andrew Murray
R. Keith Johnson
Frederick R. Benson
Irwin Carmichael
Marilyn Porter
Phillip Moody
Sylvia M. Deese
C. Shannon
W.J. Van Allen
Charles E. Lyons**,**

)

Defendant(s).

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 9, 2015 Order.

January 9, 2015

Frank G. Johns, Clerk
United States District Court